Harold R. Jones (State Bar No. 209266)
Gokalp Y. Gurer (State Bar No. 311919)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Harold.Jones@jacksonlewis.com
E-mail: Gokalp.Gurer@jacksonlewis.com

Attorneys for Defendant
STRAUMANN USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET COCHRAN,<br><br>             Plaintiff,<br><br>     v.<br><br>STRAUMANN USA, LLC,<br><br>             Defendant. | Case No. 2:22-cv-00768-JAM-DB<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Date of Removal:  05/05/2022<br>Complaint Filed:  03/07/2022<br>Trial Date:            Not Set |

Defendant STRAUMANN USA, LLC and Plaintiff BRET COCHRAN stipulate as follows and respectfully request that the Court modify the pretrial scheduling order (ECF Dkt. No.7) for good cause pursuant to Federal Rule of Civil Procedure 16(b)(4):

1. Plaintiff filed the instant action in the Superior Court of California, County of Placer, on March 7, 2022. Defendant answered and removed the action to the U.S. District Court, Eastern District of California, on May 5, 2022.

2. The parties filed their joint Rule 26(f) report on July 1, 2022, proposing deadlines up to and including trial, and exchanged initial disclosures on August 16, 2022.

3. The parties have since exchanged written discovery and produced relevant documentation but anticipate an additional three months of discovery is needed to develop their respective claims and defenses more thoroughly. The parties are

hopeful that this additional time to complete discovery will yield fruitful settlement discussions in advance of trial. Specifically, the parties expect to have written discovery and depositions completed by March and April 2023, respectively.

4. The parties decided to submit this stipulation after much deliberation, and do not take lightly the inconvenience that a modification may cause to the Court's calendar given trial has already been set for August 28, 2023. However, after meeting and conferring on the subject, the parties do not think they will be able to complete the necessary discovery prior to the cut-off dates.

5. THEREFORE, the Parties stipulate and respectfully request that the Court modify the pretrial scheduling order as follows:

| Event | Current Date | New Proposed Date |
| --- | --- | --- |
| Last day to disclose experts | December 16, 2022 | March 16, 2023 |
| Last day to disclose rebuttal experts | December 30, 2022 | March 30, 2023 |
| Discovery cut-off | February 17, 2023 | May 18, 2023 |
| Last day to file dispositive motions | March 31, 2023 | July 14, 2023 |
| Last day to hear dispositive motions | June 7, 2023 | September 12, 2023 |
| Final pretrial conference | July 14, 2023 | December 8, 2023 |
| Trial | August 28, 2023 | January 22, 2024 |

IT IS SO STIPULATED.

Dated: December 20, 2022                    JACKSON LEWIS P.C.

                                            By:   /s/ Harold R. Jones
                                                  Harold R. Jones
                                                  Gokalp Y. Gurer
                                                  Attorneys for Defendant
                                                  STRAUMANN USA, LLC

Dated:  December 20, 2022                          CASTLE LAW: CALIFORNIA
                                                   EMPLOYMENT COUNSEL, PC


                                                   By:  */s/ Lisa L. Bradner*
                                                        Timothy B. Del Castillo
                                                        Lisa L. Bradner
                                                        Attorneys for Plaintiff
                                                        BRET COCHRAN


# ORDER

Pursuant to the parties' stipulation and good cause appearing, the pretrial scheduling order (ECF Dkt. No. 7) is modified as follows:

| Event | New Date |
|---|---|
| Last day to disclose experts | March 16, 2023 |
| Last day to disclose rebuttal experts | March 30, 2023 |
| Discovery cut-off | May 18, 2023 |
| Last day to file dispositive motions | July 14, 2023 |
| Last day to hear dispositive motions | September 12, 2023 at 1:30 PM |
| Final pretrial conference | December 8, 2023 at 10:00 AM |
| Trial | January 22, 2024 at 9:00 AM |

**IT IS SO ORDERED.**


Dated:  December 22, 2022                          /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE