1 | Harold R. Jones (State Bar No. 209266)
Gokalp Y. Gurer (State Bar No. 311919)
2 | JACKSON LEWIS P.C.
50 California Street, 9th Floor
3 | San Francisco, California 94111-4615
Telephone: (415) 394-9400
4 | Facsimile: (415) 394-9401
E-mail: Harold.Jones@jacksonlewis.com
5 | E-mail: Gokalp.Gurer@jacksonlewis.com

6 | Attorneys for Defendant
STRAUMANN USA, LLC
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | BRET COCHRAN,                                   Case No. 2:22-cv-00768-JAM-DB

12 |         Plaintiff,                             **AMENDED STIPULATION AND
                                                    ORDER TO MODIFY THE PRETRIAL
13 |    v.                                          SCHEDULING ORDER**

14 | STRAUMANN USA, LLC,

15 |         Defendant.                             Date of Removal:   05/05/2022
                                                    Complaint Filed:   03/07/2022
16                                                  Trial Date:        Not Set

17

18 |        Defendant STRAUMANN USA, LLC and Plaintiff BRET COCHRAN stipulate as follows

19 | and respectfully request that the Court modify the pretrial scheduling order (ECF Dkt. No. 10) for

20 | good cause pursuant to Federal Rule of Civil Procedure 16(b)(4):

21 |        1.      Plaintiff filed the instant action in the Superior Court of California, County of

22 |                Placer, on March 7, 2022. Defendant answered and removed the action to the U.S.

23 |                District Court, Eastern District of California, on May 5, 2022.

24 |        2.      The parties filed their joint Rule 26(f) report on July 1, 2022, proposing deadlines

25 |                up to and including trial, and exchanged initial disclosures on August 16, 2022.

26 |        3.      This Court granted the parties' first stipulation to modify the pretrial scheduling

27 |                order on December 20, 2022 (ECF Dkt. No. 10). In the two and a half months since

28 |                the Court's order, Defendant has produced additional documentation and the

1

parties are currently meeting and conferring to resolve outstanding discovery disputes in lieu of motion practice. The parties are requesting an additional two months for the parties to complete document production and to conduct depositions (approximately 10-15 witnesses in total), with the hopes of mediating the case in May or June.

4.     THEREFORE, the parties stipulate and respectfully request that the Court modify the pretrial scheduling order as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Last day to disclose experts | March 16, 2023 | May 12, 2023 |
| Last day to disclose rebuttal experts | March 30, 2022 | May 26, 2023 |
| Discovery cut-off | May 18, 2023 | August 18, 2023 |
| Last day to file dispositive motions | July 14, 2023 | October 13, 2023 |
| Last day to hear dispositive motions | September 12, 2023 | December 12, 2023 |
| Final pretrial conference | December 8, 2023 | February 9, 2024 |
| Trial | January 22, 2024 | March 25, 2024 |

IT IS SO STIPULATED.


Dated: March 17, 2023                    JACKSON LEWIS P.C.


                                         By:   /s/ Gokalp Y. Gurer
                                               Harold R. Jones
                                               Gokalp Y. Gurer
                                               Attorneys for Defendant
                                               STRAUMANN USA, LLC

Dated: March 17, 2023                    CASTLE LAW: CALIFORNIA
                                         EMPLOYMENT COUNSEL, PC


                                         By:   /s/ Timothy B. Del Castillo
                                               Timothy B. Del Castillo
                                               Lisa L. Bradner
                                               Attorneys for Plaintiff
                                               BRET COCHRAN

2

1

## ORDER

2    Pursuant to the parties' stipulation and good cause appearing, the pretrial scheduling

3  order (ECF Dkt. No. 10) is **MODIFIED** as follows:

4

| Event | New Date |
|---|---|
| Last day to disclose experts | **May 12, 2023** |
| Last day to disclose rebuttal experts | **May 26, 2023** |
| Discovery cut-off | **August 18, 2023** |
| Last day to file dispositive motions | **October 13, 2023** |
| Last day to hear dispositive motions | **December 12, 2023, at 01:30 PM** |
| Final pretrial conference | **February 9, 2024, at 10:00 AM** |
| Trial | **March 25, 2024, at 09:00 AM** |

13  **IT IS SO ORDERED.**

14

15  Dated: March 23, 2023                    /s/ John A. Mendez

16                                           THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28