UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET COCHRAN,<br><br>    Plaintiff,<br><br>v.<br><br>STRAUMANN USA, LLC,<br><br>    Defendant. | No. 2:22-cv-0768 JAM DB<br><br><br><br>ORDER |

On May 31, 2023, plaintiff filed a motion to compel and noticed the motion for hearing before the undersigned on June 30, 2023, pursuant to Local Rule 302(c)(1). On June 18, 2023, the parties filed a Joint Statement pursuant to Local Rule 251. (ECF No. 18.) The Joint Statement addresses several discovery disputes that the parties either consider to be resolved or anticipate will be resolved prior to the June 30, 2023 hearing. In order to resolve a discovery dispute it is necessary for the Joint Statement to reflect the contours of the discovery dispute with specificity and clarity. Given the uncertain nature of the parties' discovery dispute, the June 30, 2023 hearing will be continued.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 30, 2023 hearing of plaintiff's motion to compel (ECF No. 17) is continued to **July 28, 2023**;

////

1

3. On or before **July 14, 2023**, the parties shall meet and confer either in person, over Zoom, or telephonically; and

3. On or before **July 21, 2023**, the parties shall file either a withdrawal of the motion to compel or an Updated Joint Statement re Discovery Disagreement.[1]

Dated: June 27, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\cochran0768.mtc.cont.hrg.ord

---

[1] The parties are advised that the undersigned's Standard Information, available at the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db, explains that joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits. The title page, tablet of contents, signature page, etc., all count toward the page limit.

2