UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET COCHRAN, | No. 2:22-cv-0768 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| STRAUMANN USA, LLC, | |
| Defendant. | |

    On June 29, 2023, plaintiff filed a motion to compel and noticed the motion for hearing before the undersigned on July 28, 2023, pursuant to Local Rule 302(c)(1). (ECF No. 22.) On July 14, 2023, the parties filed a Joint Statement pursuant to Local Rule 251. (ECF No. 25.) Review of the parties' Joint Statement finds that it violates the undersigned's page limitation for such documents.

    In this regard, the undersigned's Standard Information re discovery disputes, available on the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db explains that joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits. The parties were previously advised of this requirement in an order issued on June 27, 2023. (ECF No. 21.) Nonetheless, the parties filed a Joint Statement that violates the undersigned's Standard Information.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 29, 2023 motion to compel (ECF No. 22) is denied without prejudice to renewal; and

2. The July 28, 2023 hearing is vacated.

DATED: July 25, 2023              /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\cochran0768.mtc.den.ord