Timothy B. Del Castillo (State Bar No. 197952)
Lisa L. Bradner (State Bar No. 198952)
Daniel E. Richardson (State Bar No. 289327)
CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL, PC
2999 Douglas Blvd., Ste. 180
Roseville, CA 95661
Telephone: (916) 245-0122
Email: tdc@castleemploymentlaw.com
Email: lb@castleemploymentlaw.com
Email: dr@castleemploymentlaw.com

Attorneys for Plaintiff
BRET COCHRAN

Harold R. Jones (State Bar No. 209266)
Gokalp Y. Gurer (State Bar No. 311919)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Harold.Jones@jacksonlewis.com
E-mail: Gokalp.Gurer@jacksonlewis.com

Attorneys for Defendant
STRAUMANN USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET COCHRAN,<br><br>   Plaintiff,<br><br>   v.<br><br>STRAUMANN USA, LLC,<br><br>   Defendant. | Case No. 2:22-cv-00768-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Date of Removal: 05/05/2022<br>Complaint Filed: 03/07/2022<br>Trial Date: Not Set |

Defendant STRAUMANN USA, LLC ("Straumann") and Plaintiff BRET COCHRAN stipulate and respectfully request that the Court modify the pretrial scheduling order (ECF No. 16.) for good cause pursuant to Federal Rule of Civil Procedure 16(b)(4) as explained below. Specifically, the Parties seek to extend the discovery cut-off, and no other dates, to permit the

parties to focus upon and devote their resources to mediation which is scheduled for September 6, 2023.

1. On September 9, 2022, this Court issued its initial pretrial scheduling order, setting trial for August 28, 2023.

2. On December 23, 2022, this Court granted the parties' first request to modify the pretrial scheduling order, continuing trial from August 28, 2023, to January 22, 2024, and corresponding pretrial events and deadlines.  (ECF No. 10.)

3. On March 24, 2023, this Court granted the parties' second request to modify the pretrial scheduling order, continuing trial from January 22, 2024, to March 25, 2024, and corresponding pretrial events and deadlines.  (ECF No. 16.) The current discovery cut-off is August 18, 2023.

4. In the eight months since this Court granted the parties' first request, the parties have engaged in extensive written discovery, production of documents and relevant ESI, and completed depositions of Plaintiff and three of Straumann's witnesses. In addition, both parties have served written discovery to which responses are not yet due.

5. On Thursday, August 10, 2023, the parties secured a mediation date with Brandon McKelvey for September 6, 2023.

6. The parties now request that the discovery cut-off be extended from August 18, 2023, to October 10, 2023.  This additional six weeks will enable the parties to focus their efforts entirely on resolving this matter at mediation on September 6, 2023.

7. The parties stipulate and agree that (1) they will not serve additional written discovery requests; (2) the only depositions that will be conducted shall be the depositions of Defendant under FRCP 30(b)(6), the parties' previously disclosed experts and Plaintiff's spouse, Nicole Cochran. The foregoing depositions may be noticed for dates between September 8, 2023 and September 29, 2023; (3) each party's responses to outstanding written discovery shall be due on September 29,

2023; (4) the parties will request the Court to continue the hearing on the parties' respective discovery motions (ECF Nos. 29 and 30.) currently set for September 1, 2023 to September 29, 2023; (5) Plaintiff wishes to depose Straumann's in-house counsel, Ambrosia Espaillat, for which Plaintiff has noticed a deposition and to which Straumann has objected and filed a motion for protective order (ECF No. 30), and which will be addressed at the hearing on September 29, 2023, should the Court continue the hearing date (ECF No. 30.). Should Straumann's motion for protective order be denied, Straumann will make Ms. Espaillat available for her deposition on or before October 10, 2023; and (6) except as described in (1) through (5) above, the parties shall not conduct any further discovery after August 18, 2023.

8. By the parties' calculation, this request will not affect the trial date or any other pretrial events or deadlines.

9. THEREFORE, the parties stipulate and respectfully request this Court modify the pretrial scheduling order, as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery cut-off | August 18, 2023 | October 10, 2023 |
| Last day to file dispositive motions | October 13, 2023 | *No change* |
| Last day to hear dispositive motions | December 12, 2023 | *No change* |
| Final pretrial conference | February 9, 2024 | *No change* |
| Trial | March 25, 2024 | *No change* |

1   IT IS SO STIPULATED.

3   Dated: August 17, 2023                    JACKSON LEWIS P.C.

5                                             By: /s/ Gokalp Y. Gurer
                                                  Harold R. Jones
6                                                 Gokalp Y. Gurer
                                                  Attorneys for Defendant
7                                                 STRAUMANN USA, LLC

8   Dated: August 17, 2023                    CASTLE LAW: CALIFORNIA
                                               EMPLOYMENT COUNSEL, PC

10                                            By: /s/ Daniel E. Richardson
                                                  Timothy B. Del Castillo
11                                                Lisa L. Bradner
                                                  Daniel E. Richardson
12                                                Attorneys for Plaintiff
                                                  BRET COCHRAN

## **ATTESTATION**

I, Daniel E. Richardson am the ECF user whose ID and password are being used to file this Stipulation. In compliance with the rules for ECF and the Eastern District of California, I hereby attest that all of the above signatories have concurred in this filing.

# ORDER

Pursuant to the parties' stipulation and good cause appearing, the pretrial scheduling order (ECF No. 16) is **MODIFIED** as follows:

| Event | Date |
|---|---|
| Discovery cut-off | **October 10, 2023** |
| Last day to file dispositive motions | As previously scheduled, **October 13, 2023** |
| Last day to hear dispositive motions | As previously scheduled, **December 12, 2023, at 01:30 p.m.**[1] |
| Final pretrial conference | As previously scheduled, **February 9, 2024, at 10:00 a.m.** |
| Trial | As previously scheduled, **March 25, 2024, a t 09:00 a.m.** |

All instructions contained in the September 08, 2022, Pretrial Scheduling Order (ECF No. 7) and all other dates contained in the March 23, 2023, Order modifying the Pretrial Scheduling Order (ECF No. 16) shall remain in effect.  Counsel **SHALL** contact Judge Mendez' Courtroom Deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in the Order modifying the Pretrial Scheduling Order and this order.

**IT IS SO ORDERED.**

Dated: August 23, 2023                             /s/ John A. Mendez
                                                                        THE HONORABLE JOHN A. MENDEZ
                                                                        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.