UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET COCHRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRAUMANN USA, LLC,<br><br>　　　　Defendant. | No.  2:22-cv-0768 JAM DB<br><br><br>ORDER |

On August 7, 2023, plaintiff filed a motion to compel. (ECF No. 29.) On August 18, 2023, defendant filed a motion for a protective order. (ECF No. 33.) On September 20, 2023, plaintiff filed another motion to compel. (ECF No. 35.) All three motions are noticed for hearing before the undersigned on October 13, 2023, pursuant to Local Rule 302(c)(1). (ECF Nos. 32, 33 & 35.)

However, on August 17, 2023, the parties filed a proposed stipulation to amend the schedule in this action. (ECF No. 31.) On August 24, 2023, the assigned District Judge issued an order approving the parties' stipulation. (ECF No. 34.) Pursuant to the order issued by the assigned District Judge, adopting the parties' stipulation, discovery closed on October 10, 2023. (Id. at 5.)

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 7, 2023 motion to compel (ECF No. 29) is denied;

2. Defendant's August 18, 2023 amended motion for a protective order (ECF No. 33) is denied;

3. Plaintiff's September 20, 2023 motion to compel (ECF No. 35) is denied; and

4. The October 13, 2023 hearing of the parties' motions is vacated.

Dated:  October 10, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\cochran0768.mtc.den.untimely.ord