1  Timothy B. Del Castillo (State Bar No. 277296)
   Lisa L. Bradner (State Bar No. 197952)
2  Daniel E. Richardson (State Bar No. 289327)
   CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL, PC
3  2999 Douglas Blvd., Ste. 180
   Roseville, CA 95661
4  Telephone: (916) 245-0122
   Email: tdc@castleemploymentlaw.com
5  Email: lb@castleemploymentlaw.com
   Email: dr@castleemploymentlaw.com
6
   Attorneys for Plaintiff
7  BRET COCHRAN

8  Harold R. Jones (State Bar No. 209266)
   JACKSON LEWIS P.C.
9  50 California Street, 9th Floor
   San Francisco, California 94111-4615
10 Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
11 E-mail: Harold.Jones@jacksonlewis.com
   E-mail: Gokalp.Gurer@jacksonlewis.com
12
   Attorneys for Defendant
13 STRAUMANN USA, LLC

14

15                    IN THE UNITED STATES DISTRICT COURT

16                   FOR THE EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| BRET COCHRAN, | Case No. 2:22-cv-00768-JAM-DB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER OF DISMISSAL [FRCP 41(A)]** |
| v. | |
| STRAUMANN USA, LLC, | |
| Defendant. | Date of Removal:  05/05/2022<br>Complaint Filed:   03/07/2022 |

Plaintiff and Defendant (collectively the "Parties") have reached a settlement in the above-referenced case.

THEREFORE, the Parties, by and through their attorneys of record, hereby stipulate this action, including Plaintiff's Complaint, shall be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO STIPULATED.

Dated:  November 28, 2023            JACKSON LEWIS P.C.


                                     By: */s/ Harold R. Jones*
                                          Harold R. Jones
                                          Attorneys for Defendant
                                          STRAUMANN USA, LLC


Dated:  November 27, 2023            CASTLE LAW: CALIFORNIA
                                     EMPLOYMENT COUNSEL, PC


                                     By: */s/ Lisa L. Bradner* (as authorized on 11/27/23)
                                          Timothy B. Del Castillo
                                          Lisa L. Bradner
                                          Daniel E. Richardson
                                          Attorneys for Plaintiff
                                          BRET COCHRAN


### ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this Action be, and hereby is, **DISMISSED** with Prejudice as to all parties' claims, causes of action, and other parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2023             /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE